**Order entered May 6, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01345-CR

### TIMOTHY ALEXANDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court **GRANTS** appellant's April 29, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE